# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: CHICAGO CONTROL & SUPPLY INC.        § Case No. 09-43670
                                            §
                                            §
Debtor(s)                                   §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on November 18, 2009. The undersigned trustee was appointed on January 21, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of     $     5,435.51

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 174.26 |
| Bank service fees | 150.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 5,111.25 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 06/23/2010 and the deadline for filing governmental claims was 06/23/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,293.55. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,293.55, for a total compensation of $1,293.55[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/17/2012          By:/s/NORMAN NEWMAN
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.P.R. §1320.4(a)(2) applies.

**UST Form 101-7-TFR (05/112011)**

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 09-43670
Case Name: CHICAGO CONTROL & SUPPLY INC.

Period Ending: 02/17/12

Trustee: (330560) NORMAN NEWMAN
Filed (f) or Converted (c): 11/18/09 (f)
§341(a) Meeting Date: 12/29/09
Claims Bar Date: 06/23/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | two business accounts at National City Bank | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 2 | 1988 Box Truck | 3,000.00 | 3,000.00 | DA | 0.00 | FA |
| 3 | 1996 Ford F350 | 1,000.00 | 1,000.00 | | 4,000.00 | FA |
| 4 | four Dell Computers<br>Order entered on 2/16/10 and payment received in the amount of $4,000.00 is inclusive as tangible property. | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 5 | black pipe fitting, sheet metal fitting & jack<br>Order entered on 2/16/10 and payment received in the amount of $4,000.00 is inclusive as tangible property. | 10,300.00 | 10,300.00 | DA | 0.00 | FA |
| 6 | Clark Forklift about 22 Years Old<br>Order entered on 2/16/10 and payment received in the amount of $4,000.00 is inclusive as tangible property. | 4,000.00 | 4,000.00 | DA | 0.00 | FA |
| 7 | Account Receivables | 80,000.00 | 80,000.00 | OA | 1,433.35 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 2.16 | Unknown |
| 8 | Assets Totals (Excluding unknown values) | $100,300.00 | $100,300.00 | | $5,435.51 | $0.00 |

**Major Activities Affecting Case Closing:**

Remaining receivables abandoned. Preparing final report.

**Initial Projected Date Of Final Report (TFR):** February 28, 2011        **Current Projected Date Of Final Report (TFR):** May 31, 2012

Printed: 02/17/2012 12:18 PM    V.12.57

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-43670 | | Trustee: | NORMAN NEWMAN (330560) |
| --- | --- | --- | --- | --- |
| Case Name: | CHICAGO CONTROL & SUPPLY INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****20-65 - Money Market Account |
| Taxpayer ID #: | **-***7780 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 02/17/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 02/12/10 | {7} | Lion Heating & Cooling | First of Five Installment Payments on Account Receivable | 1121-000 | 100.00 | | 100.00 |
| 02/19/10 | 1001 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/19/2010 FOR CASE #09-43670, Bond #016026455 | 2300-000 | | 0.09 | 99.91 |
| 02/22/10 | {7} | Lion Heating & Cooling | 2nd of Five Installment Payments on Account Receivable | 1121-000 | 100.00 | | 199.91 |
| 03/22/10 | {7} | Lion Heating & Cooling | 3rd of Five Installment Payment on Account Receivable | 1121-000 | 100.00 | | 299.91 |
| 03/22/10 | {7} | Mariola and Marcin Nawrocki | Recovery from Temp Guard on Account Receivable | 1121-000 | 200.00 | | 499.91 |
| 03/22/10 | {7} | Paul Leeds | Recovery from Darek Kolodziejczyk (DKI Heating) on Account Receivable | 1121-000 | 266.67 | | 766.58 |
| 03/22/10 | {3} | Ronald Ertel | Tangible personal property, including 1996 Ford F350. | 1129-000 | 4,000.00 | | 4,766.58 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.05 | | 4,766.63 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.03 | | 4,766.66 |
| 04/06/10 | | Wire out to BNYM account 9200******2065 | Wire out to BNYM account 9200******2065 | 9999-000 | -4,766.66 | | 0.00 |

| | | | |
| --- | --- | --- | --- |
| ACCOUNT TOTALS | | 0.09 | 0.09 | $0.00 |
| Less: Bank Transfers | | -4,766.66 | 0.00 | |
| Subtotal | | 4,766.75 | 0.09 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $4,766.75 | $0.09 | |

{} Asset reference(s)

Printed: 02/17/2012 12:18 PM   V.12.57

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 09-43670 | | Trustee: | NORMAN NEWMAN (330560) |
|---|---|---|---|---|
| Case Name: | CHICAGO CONTROL & SUPPLY INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******20-65 - Checking Account |
| Taxpayer ID #: | **-***7780 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 02/17/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********2065 | Wire in from JPMorgan Chase Bank, N.A. account ********2065 | 9999-000 | 4,766.66 | | 4,766.66 |
| 04/23/10 | {7} | Lion Heating & Cooling | 4th of 5 Istallment Payment on Account Receivable | 1121-000 | 100.00 | | 4,866.66 |
| 04/29/10 | {7} | Paul Leeds | Recovery from Darek Kolodziejczyk (DKI Heating) | 1121-000 | 133.33 | | 4,999.99 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.22 | | 5,000.21 |
| 05/24/10 | {7} | Lion Heating & Cooling | 5 of 5 Installment Payments on Account Receivable | 1121-000 | 100.00 | | 5,100.21 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.30 | | 5,100.51 |
| 06/09/10 | 11002 | Paul L. Leeds, Esq. | Payment of 33% recovery fee for accounts receivable collection | 3210-600 | | 165.00 | 4,935.51 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.29 | | 4,935.80 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.30 | | 4,936.10 |
| 08/02/10 | {7} | Paul Leeds | Recovery of Account Receivable from Lion Heating | 1121-000 | 66.67 | | 5,002.77 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.29 | | 5,003.06 |
| 09/01/10 | {7} | Paul Leeds | Recovery from Lion Heating | 1121-000 | 66.67 | | 5,069.73 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,069.77 |
| 10/05/10 | {7} | Paul Leeds | Recovery from Lion Heating | 1121-000 | 66.67 | | 5,136.44 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,136.48 |
| 11/03/10 | {7} | Paul Leeds | Recovery from Lion Heating | 1121-000 | 66.67 | | 5,203.15 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,203.19 |
| 12/02/10 | {7} | Paul Leeds | Recovery from Lion Heating | 1121-000 | 66.67 | | 5,269.86 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,269.90 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,269.94 |
| 02/15/11 | 11003 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #09-43670, Bond #016026455 | 2300-000 | | 4.99 | 5,264.95 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,264.99 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,265.03 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,265.07 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,265.11 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,265.15 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,265.19 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,265.23 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,240.23 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,240.27 |

Subtotals: $5,435.26  $194.99

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 02/17/2012 12:18 PM    V.12.57

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 09-43670 | | Trustee: | NORMAN NEWMAN (330560) |
| --- | --- | --- | --- | --- |
| Case Name: | CHICAGO CONTROL & SUPPLY INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******20-65 - Checking Account |
| Taxpayer ID #: | **-***7780 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 02/17/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,215.27 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,215.31 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,190.31 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,190.35 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,165.35 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,165.39 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,140.39 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,140.43 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,115.43 |
| 02/07/12 | 11004 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/07/2012 FOR CASE #09-43670, Bond#016026455 | 2300-000 | | 4.18 | 5,111.25 |

| | | | |
| --- | --- | --- | --- |
| ACCOUNT TOTALS | | 5,435.42 | 324.17 | $5,111.25 |
| Less: Bank Transfers | | 4,766.66 | 0.00 | |
| Subtotal | | 668.76 | 324.17 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $668.76 | $324.17 | |

| | |
| --- | --- |
| Net Receipts : | 5,435.51 |
| Net Estate : | $5,435.51 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| --- | --- | --- | --- |
| MMA # ***-*****20-65 | 4,766.75 | 0.09 | 0.00 |
| Checking # 9200-******20-65 | 668.76 | 324.17 | 5,111.25 |
| | $5,435.51 | $324.26 | $5,111.25 |

{} Asset reference(s)

Printed: 02/17/2012 12:18 PM V.12.57

Printed: 02/17/12 12:18 PM                                                                                    Page: 1

# Claims Proposed Distribution

## Case: 09-43670   CHICAGO CONTROL & SUPPLY INC.

Report Includes ONLY Claims with a Proposed Distribution

Case Balance: $5,111.25    Total Proposed Payment: $5,111.25    Remaining Balance: $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| A | Norman B. Newman, Trustee <br> <2100-00 Trustee Compensation> | Admin Ch. 7 | 1,293.55 | 1,293.55 | 0.00 | 1,293.55 | 817.19 | 4,294.06 |
| B | Much Shelist, et.al. <br> <3110-00 Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 6,672.00 | 6,672.00 | 0.00 | 6,672.00 | 4,214.97 | 79.09 |
| C | Much Shelist, et.al. <br> <3120-00 Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 125.20 | 125.20 | 0.00 | 125.20 | 79.09 | 0.00 |
| SUBTOTAL FOR ADMIN CH. 7 | | | 8,090.75 | 8,090.75 | 0.00 | 8,090.75 | 5,111.25 | |
| Total for Case 09-43670: | | | $8,090.75 | $8,090.75 | $0.00 | $8,090.75 | $5,111.25 | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims: | $8,090.75 | $8,090.75 | $0.00 | $5,111.25 | 63.173995% |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-43670
Case Name: CHICAGO CONTROL & SUPPLY INC.
Trustee Name: NORMAN NEWMAN

**Balance on hand:**          $   5,111.25

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:                       $   5,111.25

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Norman B. Newman, Trustee | 1,293.55 | 0.00 | 817.19 |
| Attorney for Trustee, Fees - Much Shelist, et.al. | 6,672.00 | 0.00 | 4,214.97 |
| Attorney for Trustee, Expenses - Much Shelist, et.al. | 125.20 | 0.00 | 79.09 |

Total to be paid for chapter 7 administration expenses:   $   5,111.25
Remaining balance:                                        $   0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:                                            $   0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $47,075.92 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4P | Ron Ertel | 2,425.00 | 0.00 | 0.00 |
| 13P | Illinois Department of Revenue | 44,650.92 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

|  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 317,885.70 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PEOPLES GAS LIGHT & COKE COMPANY | 58.68 | 0.00 | 0.00 |
| 2 | Discover Bank | 10,326.04 | 0.00 | 0.00 |
| 3 | First Funds LLC | 35,738.70 | 0.00 | 0.00 |
| 4U | Ron Ertel | 87,575.00 | 0.00 | 0.00 |
| 5 | Diversitech | 2,217.47 | 0.00 | 0.00 |
| 6 | Cal-Air | 937.82 | 0.00 | 0.00 |
| 7 | Dell Financial Services L.L.C. | 2,295.11 | 0.00 | 0.00 |
| 8 | American Express Bank, FSB | 3,472.77 | 0.00 | 0.00 |
| 9 | LUX Products Corporation | 228.28 | 0.00 | 0.00 |
| 10 | American Express Bank, FSB | 12,619.41 | 0.00 | 0.00 |
| 11 | Central Furnace Co. | 87,013.89 | 0.00 | 0.00 |
| 12 | Fia Card Services, NA/Bank of America | 75,402.53 | 0.00 | 0.00 |

|  | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 5,933.03 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 13U | Illinois Department of Revenue | 5,933.03 | 0.00 | 0.00 |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

UST Form 101-7-TFR (05/1/2011)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**