IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| CHICAGO CONTROL & SUPPLY INC. | ) | CASE NO. 09-43670 |
| | ) | |
| Debtor(s) | ) | JUDGE EUGENE R. WEDOFF |
| | ) | |

**TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES**

TO:   THE HONORABLE EUGENE R. WEDOFF,
      BANKRUPTCY JUDGE

NOW COMES NORMAN NEWMAN, Trustee herein, pursuant to 11 U.S.C. §330, and requests $1,293.55 as compensation, $0.00 of which has previously been paid, and $0.00 for reimbursement of expenses, $0.00 of which has previously been paid.

I. COMPUTATION OF COMPENSATION

Total Disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $5,435.51. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of first $5,000.00 | $         1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $            43.55 | ($4,500.00 max.) |
| 5% of next $950,000.00 | $             0.00 | ($47,500.00 max.) |
| 3% of balance | $             0.00 | |
| | | |
| TOTAL COMPENSATION | $         1,293.55 | |

## II. TRUSTEE'S EXPENSES

TOTAL EXPENSES                                              $_____0.00

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated: 3/20/2012                          /s/ Norman Newman
                                          NORMAN NEWMAN, Trustee
                                          MUCH SHELIST
                                          191 N. WACKER DRIVE
                                          SUITE 1800
                                          CHICAGO, IL  60606-1615

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000    F 312.521.2100

FEIN 36-2757501

Chicago Control & Supply, Inc. -
Norman B. Newman as Chap. 7 Trustee for
c/o Norman B. Newman
191 N Wacker Dr
Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **02/15/2012**

Billing Attorney: **Norman B. Newman**

Matter Number: **0008358.0009**

10 - Trustee Matters

## FEES THROUGH FEBRUARY 15, 2012

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 01/05/10 | NBN | To court for landlord's motion for stay relief in Chicago Control & Supply case and telephone call with A. Brustein regarding same. | 0.90 |
| 01/06/10 | NBN | Letter to B. Kahn regarding information needed as to Chicago Control Supply assets and telephone call with A. Brustein regarding forcible action. | 0.30 |
| 01/11/10 | NBN | Telephone conference with R. Kaplan regarding Chicago Control & Supply personal property (.20) | 0.20 |
| 01/12/10 | NBN | Correspondences with attorney for landlord and C. Matsakis regarding Chicago Control and Supply assets (.40) | 0.40 |
| 01/14/10 | NBN | Telephone calls with C. Matsakis and Debtor's attorney and landlord representative and attorney access to Chicago Control & Supply premises. | 0.70 |
| 01/15/10 | NBN | Telephone conference with Landlord of Chicago Supply & Control regarding possible offer for personal property (.20) | 0.20 |
| 01/19/10 | NBN | Telephone call with C. Matsakis and landlord on Chicago Control & Supply case regarding personal property and telephone call with Debtor's attorney regarding business activity (.40) | 0.40 |
| 01/20/10 | NBN | Telephone conference with C. Matsakis and D. Kaplan regarding Chicago Control & Supply personal property value (.50) | 0.50 |
| 01/29/10 | NBN | Review offer for personal property regarding Chicago Control & Supply (.20) and telephone conference with A. Brustein regarding same (.20). | 0.40 |
| 02/02/10 | NBN | Correspondences with P. Leeds regarding employment as special counsel (.20); review landlord 3-day notice (.20). | 0.40 |
| 02/05/10 | NBN | Meet with J. Gansberg regarding motion to sell personal property (.20); review revised offer (.20). | 0.40 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

Payment due within 30 days of invoice

QUESTIONS?
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000 F 312.521.2100
FEIN 36-2757501

Chicago Control & Supply, Inc. -
Norman B. Newman as Chap. 7 Trustee for
c/o Norman B. Newman
191 N Wacker Dr
Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **02/15/2012**

Billing Attorney: **Norman B. Newman**

Matter Number: **0008358.0009**

10 - Trustee Matters

| Date | Atty. | Description | Hours |
| --- | --- | --- | --- |
| 02/15/10 | NBN | Review memo regarding outstanding accounts receivable and status from P. Leeds. | 0.40 |
| 02/16/10 | NBN | Review motion, notice and order regarding employment of P. Leeds as special counsel. | 0.30 |
| 02/25/10 | NBN | Telephone conference with D. Samz and R. Ertel regarding payment for personal property. | 0.30 |
| 03/01/10 | NBN | Telephone conference with R. Kaplan regarding title and keys to the truck. | 0.20 |
| 03/08/10 | NBN | Review latest a/r collection from P. Leeds. | 0.20 |
| 03/09/10 | NBN | Correspondence with Buyer's Attorney re: exchanging check for Bill of Sale. | 0.20 |
| 03/10/10 | NBN | Meet with buyer's representative re: exchange check for Bill of Sale. | 0.30 |
| 03/15/10 | NBN | Review additional accounts receivable collection. | 0.30 |
| 03/22/10 | NBN | Review asset notice. | 0.20 |
| 03/31/10 | NBN | Review claim of First Funds, LLC. | 0.20 |
| 04/06/10 | NBN | Review claims filed. | 0.40 |
| 04/16/10 | NBN | Review claim of American Express and other claims. | 0.40 |
| 04/29/10 | NBN | Review additional account receivable collection from P. Leeds. | 0.20 |
| 06/09/10 | NBN | Review letter from and telephone call with P. Leeds regarding payment of special counsel fees and status of outstanding account receivables. | 0.30 |
| 06/28/10 | NBN | Review Claims Register. | 0.30 |
| 07/22/10 | NBN | Letter from and telephone call with P. Leeds regarding additional account receivable collections. | 0.20 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

**Payment due within 30 days of invoice**

QUESTIONS?
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

**MUCH SHELIST**

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Chicago Control & Supply, Inc. -
Norman B. Newman as Chap. 7 Trustee for
c/o Norman B. Newman
191 N Wacker Dr
Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **02/15/2012**

Billing Attorney: **Norman B. Newman**

Matter Number: **0008358.0009**

10 - Trustee Matters

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 08/02/10 | NBN | Review additional account receivable payment from P. Leeds and review status report. | 0.40 |
| 09/01/10 | NBN | Review latest account receivable collection. | 0.20 |
| 10/01/10 | NBN | Review latest account receivable collection. | 0.20 |
| 11/03/10 | NBN | Review additional account receivable collection. | 0.20 |
| 05/05/11 | NBN | Telephone conference with Special Counsel regarding remaining account receivable. | 0.20 |
| | | **Total Hours** | **10.40** |