## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:    CHICAGO CONTROL & SUPPLY INC.    §    Case No. 09-43670
          §
                              Debtor(s)    §
          §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that NORMAN NEWMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 04/11/2012 in Courtroom 744, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, Illinois. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: March 20, 2012         By:    /s/NORMAN NEWMAN
                                            Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606-1615
(312) 521-2000

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: CHICAGO CONTROL & SUPPLY INC.        §    Case No. 09-43670
                                            §
                                            §
                                            §
Debtor(s)                                   §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*        $        5,435.51

*and approved disbursements of*             $         324.26

*leaving a balance on hand of* [1]          $        5,111.25

**Balance on hand:**                        $        5,111.25

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|----------------|-------------------------|--------------------------|------------------|
| None |  |  |  |  |  |

Total to be paid to secured creditors:     $           0.00
Remaining balance:                          $        5,111.25

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| Trustee, Fees - Norman B. Newman, Trustee | 1,293.55 | 0.00 | 817.19 |
| Attorney for Trustee, Fees - Much Shelist, et.al. | 6,672.00 | 0.00 | 4,214.97 |
| Attorney for Trustee, Expenses - Much Shelist, et.al. | 125.20 | 0.00 | 79.09 |

Total to be paid for chapter 7 administration expenses:   $        5,111.25
Remaining balance:                                         $           0.00

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00

Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $47,075.92 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4P | Ron Ertel | 2,425.00 | 0.00 | 0.00 |
| 13P | Illinois Department of Revenue | 44,650.92 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00

Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 317,885.70 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PEOPLES GAS LIGHT & COKE COMPANY | 58.68 | 0.00 | 0.00 |
| 2 | Discover Bank | 10,326.04 | 0.00 | 0.00 |
| 3 | First Funds LLC | 35,738.70 | 0.00 | 0.00 |
| 4U | Ron Ertel | 87,575.00 | 0.00 | 0.00 |
| 5 | Diversitech | 2,217.47 | 0.00 | 0.00 |
| 6 | Cal-Air | 937.82 | 0.00 | 0.00 |
| 7 | Dell Financial Services L.L.C. | 2,295.11 | 0.00 | 0.00 |
| 8 | American Express Bank, FSB | 3,472.77 | 0.00 | 0.00 |
| 9 | LUX Products Corporation | 228.28 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| 10 | American Express Bank, FSB | 12,619.41 | 0.00 | 0.00 |
| 11 | Central Furnace Co. | 87,013.89 | 0.00 | 0.00 |
| 12 | Fia Card Services, NA/Bank of America | 75,402.53 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 5,933.03 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 13U | Illinois Department of Revenue | 5,933.03 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By:  /s/NORMAN NEWMAN
_____
                                    Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606-1615
(312) 521-2000


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                              Case No. 09-43670-ERW
Chicago Control & Supply Inc.                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dgomez          Page 1 of 3          Date Rcvd: Mar 23, 2012
                              Form ID: pdf006        Total Noticed: 50


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 25, 2012.
db          +Chicago Control & Supply Inc.,    4251 N. Kostner Ave.,    Chicago, IL 60641-2036
aty         +Much Shelist Freed Deneberg,    Much Shelist Freed Deneberg,    191 North Wacker Drive Ste 1800,
             Chicago, IL 60606-1631
14737903    +American Express,    c/o NCO Financial,    P.O. Box 15760,    Wilmington, DE 19850-5760
14737904     American Express,    Attn: Bankruptcy Dept.,    P.O. Box 981535,    El Paso, TX 79998-1535
15425267     American Express Bank, FSB,    Becket & Lee LLP,    Attorneys/Agent for Creditor,    POB 3001,
             Malvern, PA 19355-0701
15543260     American Express Bank, FSB,    POB 3001,    Malvern, PA 19355-0701
14737906     Bank of America,    P.O. Box 15710,    Wilmington, DE 19886-5710
14737907     Bank of America - MBNA,    P.O. Box 15287,    Wilmington, DE 19886-5287
15001741    +Bethany Ertel,    4251 N Kostner Ave,    Chicago, IL 60641-2036
14737919    +CMC Howell Metal,    P.O. Box 218,    574 Depot Rd.,    New Market, VA 22844-0218
14737910    +Capital One Bank,    c/o Client Services Inc.,    3451 Harry Truman Blvd.,
             Saint Charles, MO 63301-4047
14737912     Capital One Bank,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
14737911    +Capital One Bank,    c/o MRS Associates,    1930 Olney Ave.,    Cherry Hill, NJ 08003-2016
14737914     Capital One Bank,    P.O. Box 30273,    Salt Lake City, UT 84130-0273
14737915    +Central Furnace Co.,    1100 Shore Rd.,    Naperville, IL 60563-8759
14737916     Chase,    Cardmember Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
14737917    +City of Chicago Dept. of Admin Heri,    c/o Helle & Frisone, LTD.,    33 N. LaSalle, Ste. 1200,
             Chicago, IL 60602-3415
14737918    +City of Chicago Dept. of Administra,    Hearing - City Hall,    121 N. LaSalle, Room 107A,
             Chicago, IL 60602-1232
14737920    ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
             (address filed with court: Dell Financial Services*,    P.O. Box 81585,    Austin, TX 78708-1585)
14737922     Diversitech,    P.O. Box 934134,    Atlanta, GA 31193-4134
14737923    +Diversitech,    c/o Manufactures Clearing House,    4875 N. Elston,    Chicago, IL 60630-2551
14737924     Euler Hermes,    c/o G.W. Berkheimer,    4 E. College Dr.,    Arlington Heights, IL 60004-1951
14737925    +First Funds,    c/o MMS,    16300 KLaty Freeway, Ste. 200,    Houston, TX 77094-1613
15346597    +First Funds LLC,    Pob 3310,    New York NY 10116-3310,    attn: VP of Collections
14737927    +Ford Motor Credit/Jaguar Credit Cor,    c/o Freedman Anselmo Lindberg et l,
             1807 W. Diehl, P.O. Box 3107,    Naperville, IL 60566-7107
14737931     IL Dept. of Revenue,    Office of Collection Section,    P.O. Box 64449-Attn: L. Campbell,
             Chicago, IL 60664-0449
14737929    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: IL Dept. of Revenue*,    Bankruptcy Unit-Tax Division,
             100 W. Randolph St., #7-400,    Chicago, IL 60601)
14737932    +Jim Miller,    4336 N. Keeler,    Chicago, IL 60641-2117
14737936    +LUX Products Corporation,    P.O. Box 510087,    Philadelphia, PA 19175-0087
14737934    +Larry J. Wolfe LTD,    9933 Lawler Ave.,    Skokie, IL 60077-3757
14737935    +Lukjan Metal Products,    P.O. Box 357,    645 Industry Rd.,    Conneaut, OH 44030-3045
14737937    +National Excelsior Co.,    1846 Collection Center Dr.,    Chicago, IL 60693-0001
14846728    +PEOPLES GAS LIGHT & COKE COMPANY,    130 E. RANDOLPH DRIVE,    CHICAGO, IL 60601-6203
14737938    +Park Supply,    3509 W. Addison,    Chicago, IL 60618-4202
14737939    +Peoples Gas,    ATTN: Bankruptcy Dept.,    130 E. Randolph Drive, 14th Floor,
             Chicago, IL 60601-6302
14737940     Realgy Energy,    11000 Newbritton Ave.,    Hartford, CT
14737941    +Refron Now Air Gas,    6340 Sugar Loaf Pkwy, Ste. 300,    Duluth, GA 30097-4329
14737942    +Ron Ertel,    184 Rosedale Ct.,    Bloomingdale, IL 60108-1471
14737943    +TEC,    17725 Volbrecht Rd.,    Lansing, IL 60438-4542
14737944     Tele Check,    P.O. Box 60028,    City Of Industry, CA 91716-0028
14737945    +United Bank Card Inc.,    P.O. Box 4006,    Clinton, NJ 08809-4006
14737947    +Vale Equipment & Services,    c/o Vericore,    10115 Kincey Ave., Ste. 1000,
             Huntersville, NC 28078-6469
14737949    +WMF Meyer Co.,    2101 Weber Rd.,    Crest Hill, IL 60403-1984
14737948    +William Furnace Co.,    250 W. Laurel St.,    Colton, CA 92324-1435

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14737909    +E-mail/Text: bankruptcydepartment@ncogroup.com Mar 23 2012 19:45:37      Capital One Bank,
             c/o NCO Financial Systems,    P.O. Box 12100, Dept. 64,    Trenton, NJ 08650-2100
14737921     E-mail/PDF: mrdiscen@discoverfinancial.com Mar 24 2012 02:24:29      Discover Card*,
             P.O. Box 30943,    Salt Lake City, UT 84130
15399169     E-mail/Text: resurgentbknotifications@resurgent.com Mar 23 2012 19:27:46
             Dell Financial Services L.L.C.,    c/o Resurgent Capital Services,    PO Box 10390,
             Greenville, SC 29603-0390
15318121     E-mail/PDF: mrdiscen@discoverfinancial.com Mar 24 2012 02:24:29      Discover Bank,
             DFS Services LLC,    PO Box 3025,    New Albany OH 43054-3025
15725857     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 24 2012 02:24:12
             Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
             Oklahoma City, OK  73124-8809
14737926    +Fax: 212-560-6311 Mar 23 2012 19:42:47      First Funds, LLC,    240 W. 35th Street, 14th Floor,
             New York, NY 10001-2506
                                                                                          TOTAL: 6

```
District/off: 0752-1          User: dgomez           Page 2 of 3           Date Rcvd: Mar 23, 2012
                             Form ID: pdf006         Total Noticed: 50


             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14737905*     American Express*,    Attn: Bankruptcy Dept.,    P.O. Box 981535,    El Paso, TX 79998-1535
14737913*     Capital One Bank*,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
14737930*   ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court:  IL Dept. of Revenue*,    Federal State Exchange Unit,
               101 W. Jefferson St.,    Springfield, IL 62702)
17085839*   ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court:  Illinois Department of Revenue,    100 W Randolph St., #7-400,
               Chicago IL 60601)
14737908    ##+Cal-Air,    P.O. Box 1132,    Jackson, MI 49204-1132
14737928    ##+Hanover Insurance,    P.O. Box 4031,    Woburn, MA 01888-4031
14737933    ##+Kohn Roseth & Assoc. LTD,    89 Lincolnwood Rd.,    Highland Park, IL 60035-5229
14737946    ##+Vale Equipment & Services,    9770 Farragut St.,    Des Plaines, IL 60018-5313
                                                                     TOTALS: 0, * 4, ## 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 25, 2012**                    **Signature:** _Joseph Speetjens_

District/off: 0752-1                 User: dgomez              Page 3 of 3                 Date Rcvd: Mar 23, 2012
                                     Form ID: pdf006           Total Noticed: 50


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2012 at the address(es) listed below:
          Abraham  Brustein   on behalf of Creditor Ron Ertel abrustein@dimonteandlizak.com,
           phogan@dimontelaw.com
          Derek D Samz   on behalf of Creditor Ron Ertel dereksamz@gmail.com,  nromando@dimontelaw.com
          Jeffrey L. Gansberg   on behalf of Trustee Norman Newman jgansberg@muchshelist.com,
           nsulak@muchshelist.com
          Norman B Newman   nnewman@muchshelist.com,  IL63@ecfcbis.com;nsulak@muchshelist.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Timothy H. Spruce   on behalf of Debtor  Chicago Control & Supply Inc.
           tspruce@financialrelief.com,
           yrodriguez@financialrelief.com;josefina@financialrelief.com;ana@financialrelief.com
                                                                                        TOTAL: 6