**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: CHICAGO CONTROL & SUPPLY INC.   § Case No. 09-43670
                                        §
                                        §
Debtor(s)                               §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    NORMAN NEWMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $99,300.00 <br> *(without deducting any secured claims)* | Assets Exempt:  $0.00 |
| Total Distribution to Claimants:  $0.00 | Claims Discharged <br> Without Payment:  $511,771.64 |
| Total Expenses of Administration:  $5,435.51 | |

    3) Total gross receipts of $    5,435.51    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    0.00    (see **Exhibit 2**), yielded net receipts of $5,435.51 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 8,415.01 | 8,415.01 | 5,435.51 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 47,075.92 | 47,075.92 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 494,517.39 | 323,818.73 | 323,818.73 | 0.00 |
| **TOTAL DISBURSEMENTS** | $494,517.39 | $379,309.66 | $379,309.66 | $5,435.51 |

4) This case was originally filed under Chapter 7 on November 18, 2009. The case was pending for 29 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/09/2012          By: /s/NORMAN NEWMAN
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1996 Ford F350 | 1129-000 | 4,000.00 |
| Account Receivables | 1121-000 | 1,433.35 |
| Interest Income | 1270-000 | 2.16 |
| **TOTAL GROSS RECEIPTS** | | **$5,435.51** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Norman B. Newman, Trustee | 2100-000 | N/A | 1,293.55 | 1,293.55 | 817.19 |
| Much Shelist, et.al. | 3110-000 | N/A | 6,672.00 | 6,672.00 | 4,214.97 |
| Much Shelist, et.al. | 3120-000 | N/A | 125.20 | 125.20 | 79.09 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| International Sureties, Ltd. | 2300-000 | N/A | | 0.09 | 0.09 | 0.09 |
| Paul L. Leeds, Esq. | 3210-600 | N/A | | 165.00 | 165.00 | 165.00 |
| International Sureties, Ltd. | 2300-000 | N/A | | 4.99 | 4.99 | 4.99 |
| The Bank of New York Mellon | 2600-000 | N/A | | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | | 25.00 | 25.00 | 25.00 |
| International Sureties, Ltd. | 2300-000 | N/A | | 4.18 | 4.18 | 4.18 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | | 8,415.01 | 8,415.01 | 5,435.51 |

## EXHIBIT 5 − PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 − PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4P | Ron Ertel | 5800-000 | N/A | 2,425.00 | 2,425.00 | 0.00 |
| 13P | Illinois Department of Revenue | 5800-000 | unknown | 44,650.92 | 44,650.92 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 47,075.92 | 47,075.92 | 0.00 |

## EXHIBIT 7 − GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PEOPLES GAS LIGHT & COKE COMPANY | 7100-000 | 1,656.12 | 58.68 | 58.68 | 0.00 |
| 2 | Discover Bank | 7100-000 | 10,326.04 | 10,326.04 | 10,326.04 | 0.00 |
| 3 | First Funds LLC | 7100-000 | 35,736.70 | 35,738.70 | 35,738.70 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4U | Ron Ertel | 7100-000 | 90,000.00 | 87,575.00 | 87,575.00 | 0.00 |
| 5 | Diversitech | 7100-000 | 2,217.44 | 2,217.47 | 2,217.47 | 0.00 |
| 6 | Cal-Air | 7100-000 | 931.82 | 937.82 | 937.82 | 0.00 |
| 7 | Dell Financial Services L.L.C. | 7100-000 | 2,207.17 | 2,295.11 | 2,295.11 | 0.00 |
| 8 | American Express Bank, FSB | 7100-000 | 3,514.02 | 3,472.77 | 3,472.77 | 0.00 |
| 9 | LUX Products Corporation | 7100-000 | 628.28 | 228.28 | 228.28 | 0.00 |
| 10 | American Express Bank, FSB | 7100-000 | 12,619.41 | 12,619.41 | 12,619.41 | 0.00 |
| 11 | Central Furnace Co. | 7100-000 | 74,031.00 | 87,013.89 | 87,013.89 | 0.00 |
| 12 | Fia Card Services, NA/Bank of America | 7100-000 | 75,121.48 | 75,402.53 | 75,402.53 | 0.00 |
| 13U | Illinois Department of Revenue | 7200-000 | N/A | 5,933.03 | 5,933.03 | 0.00 |
| NOTFILED | Lukjan Metal Products | 7100-000 | 1,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Larry J. Wolfe LTD | 7100-000 | 2,320.00 | N/A | N/A | 0.00 |
| NOTFILED | Hanover Insurance | 7100-000 | 606.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohn Roseth & Assoc. LTD | 7100-000 | 1,875.00 | N/A | N/A | 0.00 |
| NOTFILED | Ford Motor Credit/Jaguar Credit Cor c/o Freedman | 7100-000 | 17,577.20 | N/A | N/A | 0.00 |
| NOTFILED | National Excelsior Co. | 7100-000 | 25.00 | N/A | N/A | 0.00 |
| NOTFILED | Jim Miller | 7100-000 | 36,000.00 | N/A | N/A | 0.00 |
| NOTFILED | TEC | 7100-000 | 180.06 | N/A | N/A | 0.00 |
| NOTFILED | Park Supply | 7100-000 | 12,349.94 | N/A | N/A | 0.00 |
| NOTFILED | William Furnace Co. | 7100-000 | 700.00 | N/A | N/A | 0.00 |
| NOTFILED | WMF Meyer Co. | 7100-000 | 842.18 | N/A | N/A | 0.00 |
| NOTFILED | Vale Equipment & Services | 7100-000 | 378.34 | N/A | N/A | 0.00 |
| NOTFILED | Tele Check | 7100-000 | 128.73 | N/A | N/A | 0.00 |
| NOTFILED | United Bank Card Inc. | 7100-000 | 120.00 | N/A | N/A | 0.00 |
| NOTFILED | Refron Now Air Gas | 7100-000 | 2,460.00 | N/A | N/A | 0.00 |
| NOTFILED | Euler Hermes c/o G.W. Berkheimer | 7100-000 | 68,291.68 | N/A | N/A | 0.00 |
| NOTFILED | Realgy Energy | 7100-000 | 1,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bank* | 7100-000 | 7,533.91 | N/A | N/A | 0.00 |
| NOTFILED | CMC Howell Metal | 7100-000 | 4,993.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bank* | 7100-000 | 23,357.34 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bank* | 7100-000 | 1,404.35 | N/A | N/A | 0.00 |
| NOTFILED | City of Chicago Dept. of Administra Hearing - City | 7100-000 | 503.76 | N/A | N/A | 0.00 |
| NOTFILED | Chase* Cardmember Services | 7100-000 | 681.42 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 494,517.39 | 323,818.73 | 323,818.73 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-43670  
**Case Name:** CHICAGO CONTROL & SUPPLY INC.  

**Trustee:** (330560) NORMAN NEWMAN  
**Filed (f) or Converted (c):** 11/18/09 (f)  
**§341(a) Meeting Date:** 12/29/09  

**Period Ending:** 05/09/12  
**Claims Bar Date:** 06/23/10  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | two business accounts at National City Bank | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 2 | 1988 Box Truck | 3,000.00 | 3,000.00 | DA | 0.00 | FA |
| 3 | 1996 Ford F350 | 1,000.00 | 1,000.00 | | 4,000.00 | FA |
| 4 | four Dell Computers<br>    Order entered on 2/16/10 and payment received in the amount of $4,000.00 is inclusive as tangible property. | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 5 | black pipe fitting, sheet metal fitting & jack<br>    Order entered on 2/16/10 and payment received in the amount of $4,000.00 is inclusive as tangible property. | 10,300.00 | 10,300.00 | DA | 0.00 | FA |
| 6 | Clark Forklift about 22 Years Old<br>    Order entered on 2/16/10 and payment received in the amount of $4,000.00 is inclusive as tangible property. | 4,000.00 | 4,000.00 | DA | 0.00 | FA |
| 7 | Account Receivables | 80,000.00 | 80,000.00 | OA | 1,433.35 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 2.16 | FA |
| 8 | Assets    Totals (Excluding unknown values) | **$100,300.00** | **$100,300.00** | | **$5,435.51** | **$0.00** |

**Major Activities Affecting Case Closing:**

    Remaining receivables abandoned.  Preparing final report.

**Initial Projected Date Of Final Report (TFR):**  February 28, 2011  **Current Projected Date Of Final Report (TFR):**  March 20, 2012  (Actual)

Printed: 05/09/2012 10:55 AM    V.12.57

Case 09-43670    Doc 44    Filed 05/10/12    Entered 05/10/12 09:38:30    Desc Main
Document      Page 7 of 9

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-43670  
**Case Name:** CHICAGO CONTROL & SUPPLY INC.  
**Taxpayer ID #:** **-***7780  
**Period Ending:** 05/09/12

**Trustee:** NORMAN NEWMAN (330560)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****20-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 02/12/10 | {7} | Lion Heating & Cooling | First of Five Installment Payments on Account Receivable | 1121-000 | 100.00 | | 100.00 |
| 02/19/10 | 1001 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/19/2010 FOR CASE #09-43670, Bond #016026455 | 2300-000 | | 0.09 | 99.91 |
| 02/22/10 | {7} | Lion Heating & Cooling | 2nd of Five Installment Payments on Account Receivable | 1121-000 | 100.00 | | 199.91 |
| 03/22/10 | {7} | Lion Heating & Cooling | 3rd of Five Installment Payment on Account Receivable | 1121-000 | 100.00 | | 299.91 |
| 03/22/10 | {7} | Mariola and Marcin Nawrocki | Recovery from Temp Guard on Account Receivable | 1121-000 | 200.00 | | 499.91 |
| 03/22/10 | {7} | Paul Leeds | Recovery from Darek Kolodziejczyk (DKI Heating) on Account Receivable | 1121-000 | 266.67 | | 766.58 |
| 03/22/10 | {3} | Ronald Ertel | Tangible personal property, including 1996 Ford F350. | 1129-000 | 4,000.00 | | 4,766.58 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.05 | | 4,766.63 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.03 | | 4,766.66 |
| 04/06/10 | | Wire out to BNYM account 9200******2065 | Wire out to BNYM account 9200******2065 | 9999-000 | -4,766.66 | | 0.00 |

| | | |
|---|---:|---:|
| ACCOUNT TOTALS | 0.09 | 0.09 |
| Less: Bank Transfers | -4,766.66 | 0.00 |
| **Subtotal** | 4,766.75 | 0.09 |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$4,766.75** | **$0.09** |

{} Asset reference(s)

Printed: 05/09/2012 10:55 AM    V.12.57

Exhibit 9

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-43670  
**Case Name:** CHICAGO CONTROL & SUPPLY INC.  
**Taxpayer ID #:** **-***7780  
**Period Ending:** 05/09/12  

**Trustee:** NORMAN NEWMAN (330560)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******20-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********2065 | Wire in from JPMorgan Chase Bank, N.A. account ********2065 | 9999-000 | 4,766.66 | | 4,766.66 |
| 04/23/10 | {7} | Lion Heating & Cooling | 4th of 5 Istallment Payment on Account Receivable | 1121-000 | 100.00 | | 4,866.66 |
| 04/29/10 | {7} | Paul Leeds | Recovery from Darek Kolodziejczyk (DKI Heating) | 1121-000 | 133.33 | | 4,999.99 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.22 | | 5,000.21 |
| 05/24/10 | {7} | Lion Heating & Cooling | 5 of 5 Installment Payments on Account Receivable | 1121-000 | 100.00 | | 5,100.21 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.30 | | 5,100.51 |
| 06/09/10 | 11002 | Paul L. Leeds, Esq. | Payment of 33% recovery fee for accounts receivable collection | 3210-600 | | 165.00 | 4,935.51 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.29 | | 4,935.80 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.30 | | 4,936.10 |
| 08/02/10 | {7} | Paul Leeds | Recovery of Account Receivable from Lion Heating | 1121-000 | 66.67 | | 5,002.77 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.29 | | 5,003.06 |
| 09/01/10 | {7} | Paul Leeds | Recovery from Lion Heating | 1121-000 | 66.67 | | 5,069.73 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,069.77 |
| 10/05/10 | {7} | Paul Leeds | Recovery from Lion Heating | 1121-000 | 66.67 | | 5,136.44 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,136.48 |
| 11/03/10 | {7} | Paul Leeds | Recovery from Lion Heating | 1121-000 | 66.67 | | 5,203.15 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,203.19 |
| 12/02/10 | {7} | Paul Leeds | Recovery from Lion Heating | 1121-000 | 66.67 | | 5,269.86 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,269.90 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,269.94 |
| 02/15/11 | 11003 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #09-43670, Bond #016026455 | 2300-000 | | 4.99 | 5,264.95 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,264.99 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,265.03 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,265.07 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,265.11 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,265.15 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,265.19 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,265.23 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,240.23 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,240.27 |

Subtotals :    $5,435.26    $194.99

{} Asset reference(s)

Printed: 05/09/2012 10:55 AM    V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 09-43670 | **Trustee:** NORMAN NEWMAN (330560) |
| **Case Name:** CHICAGO CONTROL & SUPPLY INC. | **Bank Name:** The Bank of New York Mellon |
| | **Account:** 9200-******20-65 - Checking Account |
| **Taxpayer ID #:** **-***7780 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 05/09/12 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,215.27 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,215.31 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,190.31 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,190.35 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,165.35 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,165.39 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,140.39 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,140.43 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,115.43 |
| 02/07/12 | 11004 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/07/2012 FOR CASE #09-43670, Bond#016026455 | 2300-000 | | 4.18 | 5,111.25 |
| 04/11/12 | 11005 | Norman B. Newman, Trustee | Dividend paid 63.17% on $1,293.55, Trustee Compensation; Reference: | 2100-000 | | 817.19 | 4,294.06 |
| 04/11/12 | 11006 | Much Shelist, et.al. | Dividend paid 63.17% on $6,672.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 4,214.97 | 79.09 |
| 04/11/12 | 11007 | Much Shelist, et.al. | Dividend paid 63.17% on $125.20, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 79.09 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 5,435.42 | 5,435.42 | $0.00 |
| Less: Bank Transfers | 4,766.66 | 0.00 | |
| **Subtotal** | 668.76 | 5,435.42 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$668.76** | **$5,435.42** | |

| | |
|---|---|
| Net Receipts : | 5,435.51 |
| Net Estate : | $5,435.51 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****20-65** | 4,766.75 | 0.09 | 0.00 |
| **Checking # 9200-******20-65** | 668.76 | 5,435.42 | 0.00 |
| | $5,435.51 | $5,435.51 | $0.00 |